## FUGATE *v.* NEW MEXICO

No. 83–6663.   Argued February 19, 1985—Decided March 26, 1985

*J. Thomas Sullivan* argued the cause for petitioner.   With him on the briefs was *Henry R. Quintero.*

*Paul Bardacke,* Attorney General of New Mexico, argued the cause for respondent.   With him on the briefs was *Anthony Tupler,* Assistant Attorney General.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE POWELL took no part in the decision of this case.